**STATE of Missouri, Respondent,**

v.

**Vincent POPE, Appellant.**

**No. ED 79155.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 11, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 24, 2002.

Application for Transfer Denied
Feb. 26, 2002.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., ROBERT G. DOWD, JR. J., CHARLES B. BLACKMAR, SR. J.

## ORDER

PER CURIAM.

Defendant, Vincent Pope, appeals from the judgment entered after a jury found him guilty of murder in the second degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided with a memorandum setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).